[No. 6875. Decided December 20, 1907.]

THE STATE OF WASHINGTON, *Appellant*, v. F. VON SHULTZ, *Respondent.*[1]

Appeal from a judgment of the superior court for Whatcom county, Neterer, J., entered May 4, 1907, upon sustaining a demurrer to the information. Affirmed.

*Virgil Peringer* and *George Livesey*, for appellant.

*Hardin & Hurlbut*, for respondent.

PER CURIAM.—This is an appeal by the state from a judgment of dismissal, after sustaining a demurrer to an information filed under Bal. Code, § 7226 (P. C. § 1794). The demurrer was properly sustained. Wharton, Criminal Law (10th ed.), 576; Bishop, Criminal Law, § 794; *Prindle v. State*, 31 Tex. Cr. 551, 21 S. W. 360, and authorities cited. *Honselman v. People*, 168 Ill. 172, 48 N. E. 304, and *Kelly v. People*, 192 Ill. 119, 61 N. E. 425, 85 Am. St. 323, cited by the appellant, arose under a different statute and are not in point. Had the defendant been convicted it might become our duty to further discuss the questions involved, but, inasmuch as the state alone is interested, we feel that its interests will be best subserved by silence.

The judgment is affirmed.

———

[No. 6934. Decided January 6, 1908.]

CECIL NATSURHARA *et al.*, *Respondents*, v. GEORGE W. CLAPSADDLE *et al.*, *Appellants*, L. E. WITT *et al.*, *Interveners.*[2]

Appeal from a judgment of the superior court for King county, Albertson, J., entered January 29, 1907. Affirmed.

*Charles R. Crouch*, for appellants.

*James Hart* and *Jay C. Allen*, for respondents.

PER CURIAM.—The appeal in this case presents only a question of fact. We have examined the evidence and are satisfied with the findings of the trial court. The judgment must therefore be affirmed.

[1]Reported in 93 Pac. 1135.
[2]Reported in 93 Pac. 1134.